JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEBORAH ALVAREZ,

          Plaintiff,

v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON; and
WELLS FARGO & COMPANY
LONG TERM DISABILITY
PLAN,

          Defendants.

Case No.  5:14-cv-02248 VAP(KKx)

**ORDER DISMISSING ENTIRE ACTION
WITH PREJUDICE**

Hon. Virginia A. Phillips

     **IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for
Dismissal of Action with Prejudice and Federal Rules of Civil Procedure
41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its
entirety as to all claims and parties.  Each party shall bear its own attorney's fees
and costs.

Dated:  May 7, 2015

_____
The Hon. Virginia A. Phillips
United States District Court